# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEANNA HAIN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5484RJB/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 20);

the ALJ erred in her decision as described in the Report and Recommendation;and

the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

|  |  |
|---|---|
|   July 11, 2011 |     WILLIAM M. McCOOL |
| Date | Clerk |
|  |     *s/CM Gonzalez* |
|  | Deputy Clerk |